# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Michael L. Green**
       Plaintiff(s)
  vs.                                  **CASE NUMBER: 5:20-cv-605 (CFH)**

**Andrew Saul**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Michael G.'s motion (Dkt. No. 11) is DENIED, and it is further ORDERED, that the Commissioner's motion for judgment on the pleadings (Dkt. No. 14) is GRANTED.

All of the above pursuant to the order of the Honorable Christian F. Hummel, dated the 16th day of June, 2021.

DATED: June 16, 2021

*[Signature]*
Clerk of Court

                                            s/Kathy Rogers
                                            Deputy Clerk